In the Matter of the Application of HELEN V. FLOOD, Petitioner, Respondent, for an Alternative Mandamus Order against JOHN J. McELLIGOTT, as Fire Commissioner of the City of New York and as Trustee of the New York Fire Department Relief Fund, Appellant.— Orders unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

VAL G. WHITE, Respondent, v. THE CONNECTICUT FIRE INSURANCE COMPANY, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to serve an amended answer within ten days after service of order upon payment of said costs. No opinion. Present— Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

## (November 16, 1936.)

In the Matter of the Assignment for the Benefit of Creditors of MOHAWK PRESS, INC., to GEORGE W. JARY — GEORGE W. RIIS and CHARLES W. BONNER.— Motion granted to the extent of directing the resettlement of the order of October 23, 1936, by incorporating the provisions of said order, listing the preferred creditors including Riis & Bonner, and incorporating the other appropriate provisions and recitals which appear in the decree appealed from. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 248 App. Div. 864.]

GEORGE D. FEXY v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

## (November 17, 1936.)

In the Matter of the Application of LESTER BAUM, Plaintiff, Respondent, against I. ARNOLD ROSS, as Chairman of the District Committee of the Republican Party of the Ninth Assembly District in the County of New York, Defendant, Appellant, and KENNETH F. SIMPSON, as President of the Republican County Committee, Defendant, for a Peremptory Order of Mandamus Directed to the Said I. ARNOLD ROSS Forthwith to Call a Meeting of the Said Ninth Assembly District Committee for the Purposes Enumerated in the Petition Herein and for an Order Staying and Enjoining the Said County Committee from Considering and Acting upon Certain Recommendations for the Filling of Vacancies in the Said County Committee Pending the Calling of the Said District Committee Meeting.*—Appeal withdrawn, without costs to either party, and further provisions as indicated in the order. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

* By order of Appellate Division, filed October 5, 1936, appeal was heard on original papers.— [REP.